FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 15 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. | SA14-00346M |
| GERMAN YERA GARCIA, DEFENDANT(S). | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _Defendant's Counsel_, IT IS ORDERED that a detention hearing is set for _October 16_, _2014_, at _2:00_ ☐ a.m. / ☒ p.m. before the Honorable _Douglas F. McCormick_, in Courtroom _6A_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
(Other custodial officer)

Dated: _10-19-14_

U.S. District Judge/Magistrate Judge
**DOUGLAS F. McCORMICK**