FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 16 2014

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. GERMAN YERA GARCIA, DEFENDANT(S). | CASE NUMBER SA14-00346M ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of **Government's Counsel**, IT IS ORDERED that a detention hearing is set for **October 17**, **2014**, at **1:30**  ☐ a.m. / ☒ p.m. before the Honorable **Douglas F. McCormick**, in Courtroom **6A**.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: **10-16-2014**

_____
~~U.S. District Judge~~/Magistrate Judge
**DOUGLAS F. McCORMICK**